# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| THEODORE PETERSON, | CV-17-105-H-CCL |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to written stipulation by and between the parties hereto, through their respective counsel of record, pursuant to Rule 41, Federal Rules of Civil Procedure, that Plaintiff's claims against Defendant State Farm Mutual Automobile Insurance Company have been fully and finally compromised and settled on the merits and shall be dismissed with prejudice.

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice with each party to pay their respective costs and fees of any kind or nature.

Dated this 5th day of November, 2018.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE